THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0201-JCC |
| Plaintiff, | ORDER |
| v. | |
| TIFFANY WATTS, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to vacate the trial date and set a status conference (Dkt. No. 26). Defendant has filed a waiver of her speedy trial rights up to and including February 28, 2021. (Dkt. No. 27 at 1.) Having thoroughly considered the motion, Defendant's waiver, and the relevant record, the Court hereby ORDERS as follows:

1. Taking into account the exercise of due diligence, a failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

2. Failure to grant a continuance would likely result in a miscarriage of justice as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

3. The additional time requested is a reasonable period of delay, as the parties defense counsel has requested more time to prepare for trial, to investigate the matter, to gather

1     evidence material to the defense, and to consider possible defenses;

2  4. The ends of justice will best be served by a continuance, and the ends of justice outweigh
3     the best interests of the public and Defendant in any speedier trial as set forth in 18
4     U.S.C. § 3161(h)(7)(A); and

5  5. The additional time requested between the current trial date of September 14, 2020, and
6     the new trial date is necessary to provide defense counsel time to prepare for trial
7     considering counsel's schedule and the facts set forth above.

For the foregoing reasons, the parties' stipulated motion (Dkt. No. 26) is GRANTED. The Court hereby STRIKES the trial date and the pretrial motions deadline and ORDERS the parties to appear for a status conference at 9:00 a.m. on November 10, 2020, for the purpose of setting a new trial date and pretrial motions deadline. The Court further ORDERS that the time between the date of this order and the status conference is excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), and 3161(h)(7)(B)(iv).

DATED this 1st day of September 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE