The Honorable Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TIFFANY WATTS<br><br>Defendant. | NO. CR19-201 JCC<br><br>**ORDER TO SEAL** |

Based upon the motion of the United States (Dkt. No. 50), and the representations made therein, it is HEREBY ORDERED that the Exhibit A-S in this matter (Dkt. No. 51) be MAINTAINED UNDER SEAL because it contains personal identifiable information of the defendant and victims and is not permitted to be made publicly available. DATED this 8th day of October 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Stephen Hobbs
STEPHEN HOBBS
Assistant United States Attorney

Order to Seal - 1
*United States v. Watts*, CR19-201 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970