THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 19-201-JCC |
| Plaintiff, ) | |
| ) | (PROPOSED) ORDER GRANTING |
| v. ) | DEFENDANT'S MOTION TO |
| ) | EXTEND HER SELF-SURRENDER |
| TIFFANY WATTS, ) | DATE |
| Defendant. ) | |

This matter has come before the Court on Tiffany Watts's motion to extend her self-surrender date from November 16, 2021, to December 28, 2021 (Dkt. No. 56). The Court has reviewed the motion, response, if any, records, and files herein, and,

IT IS NOW ORDERED that Ms. Watts's self-surrender date be extended to December 28, 2021.

DATED this 21st day of October 2021.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Jennifer E. Wellman*
Assistant Federal Public Defender
Attorney for Tiffany Watts

ORDER GRANTING DEFENDANT'S
REQUEST TO EXTEND HER SELF-
SURRENDER DATE
(US v. Tiffany Watts; CR19-201JCC) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100